IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY S. BURKE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SECRETARY, PENNSYLVANIA'S | : | NO. 18-4744 |
| DEPARTMENT OF CORRECTIONS, et al., | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 10th day of September, 2019, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that Petitioner shall **SHOW CAUSE** in writing on or before October 31, 2019 why the undersigned should not recommend that his habeas petition be dismissed as untimely.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE