IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY S. BURKE, | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-4744 |
| | : | |
| SECRETARY, PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW** this 4th day of November, 2020, upon careful and independent consideration of the record in this matter, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and with no objections being filed by Petitioner, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED**;

3. There is no cause to issue a certificate of appealability, as Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.